# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.   4:17cr52-MW

**SAMUEL ETUK**
_____/

## GOVERNMENT'S MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter a Final Order of Forfeiture in the above-captioned matter against the property that was described in Government's Exhibit 1 in its Motion for Preliminary Order of Forfeiture (ECF No. 38-1) and that was referenced in this Court's Preliminary Order of Forfeiture. (Doc. 39)

1.   On August 1, 2017, a Federal Grand Jury sitting in the Northern District of Florida issued a four-count Indictment against the defendant, charging him in Count One with possession of document-making implements, in violation of Title 18, United States Code, Sections 1028(a)(5) and 1028(b)(1); in Count Two with production of false identification documents, in violation of Title 18, United States Code, Sections 1028(a)(1) and 1028(b)(1); in Count Three with possession of access

1

device-making equipment with intent to defraud, in violation of Title 18, United States Code, Sections 1029(a)(4) and 1029(c)(1)(A)(ii); and in Count Four with aggravated identify theft, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2. (Doc. 1)

2.  The Indictment included a Criminal Forfeiture provision, pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1028(b)(5), 1028(h) and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c). (*Id.*)

3.  On November 9, 2017, the defendant pled guilty to Counts One through Four of the Indictment.  By pleading guilty to all four counts, the defendant agreed to the forfeiture of all forfeitable assets as stated in the Plea agreement. (Docs. 25-27)

4.  Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant, Samuel Etuk, at the time of his sentencing on June 20, 2018.  On November 8, 2018, an Amended Judgment was entered by the Court forfeiting the defendant's interest in the property that was described in Government's Exhibit 1 in its Motion for Preliminary Order of Forfeiture (ECF No. 38-1) and that was referenced in this Court's Preliminary Order of Forfeiture. (Docs. 53, 39)

5.      Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning May 30, 2018.   Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property.   (Doc. 50)

6.      No person or entity has filed a claim.

7.      A proposed Final Order of Forfeiture will be submitted for the Court's consideration.

WHEREFORE, the United States of America respectfully requests that this Court enter a Final Order of Forfeiture, which condemns and forfeits the property that was described in Government's Exhibit 1 in its Motion for Preliminary Order of Forfeiture (ECF No. 38-1) and that was referenced in this Court's Preliminary Order of Forfeiture. (Doc. 39)

Dated this 9th day of November, 2018.

                Respectfully submitted,

                CHRISTOPHER P. CANOVA
                United States Attorney

                ***/s/ Michael J. Harwin***_____
                Michael J. Harwin
                Assistant United States Attorney
                Georgia Bar No. 335605
                Northern District of Florida
                111 N. Adams Street, Fourth Floor
                Tallahassee, FL 32301
                (850) 942-8430
                michael.harwin@usdoj.gov