IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.   4:17cr52-MW/CAS

SAMUEL ETUK,

     Defendant.
_____/

## ORDER REDUCING SENTENCE

On June 20, 2018, Defendant Samuel Etuk was sentenced to 36 months imprisonment, consisting of 12 months as to Counts 1, 2, and 3, to be served concurrently, and 24 months as to Count 4, to be served consecutive to Counts 1, 2, and 3. ECF No. 48. The Judgment was amended on November 8, 2018, to address mandatory forfeiture. ECF No. 53. This Court granted a motion to reduce sentence by separate order. ECF No. 57.  The term of imprisonment to which Defendant Samuel Etuk was previously sentenced is hereby reduced to a term of 6 months as to Counts 1, 2, and 3, to be served concurrently, and 12 months as to Count 4, to be served consecutive to Counts 1, 2, and 3. In all other respects the original sentence remains unchanged. The Clerk shall close the file.

    **SO ORDERED on April 30, 2019.**

                                                 s/Mark E. Walker             
                                                 **Chief United States District Judge**